**Charles MORENO, Plaintiff–Appellant/Cross–Appellee,**

**v.**

**CONSOLIDATED RAIL CORPORATION, a Foreign Corporation, Defendant–Appellee/Cross–Appellant.**

**Nos. 94–1231, 94–1247.**

United States Court of Appeals, Sixth Circuit.

Nov. 17, 1995.

Before MERRITT, Chief Judge; KENNEDY, MARTIN, MILBURN, NELSON, RYAN, BOGGS, NORRIS, SUHRHEINRICH, SILER, BATCHELDER, DAUGHTREY, and MOORE, Circuit Judges.

### ORDER

A majority of the Judges of this Court in regular active service have voted for rehearing of this case en banc. Sixth Circuit Rule 14 provides as follows:

> The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket sheet as a pending appeal.

Accordingly, it is **ORDERED** that the previous decision and judgment of this court is vacated, the mandate is stayed and this case is restored to the docket as a pending appeal.

The Clerk will direct the parties to file supplemental briefs and will schedule this case for oral argument as soon as possible.